769 A.2d 1116

Clarence James WILLIAMS, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 134 M.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

Feb. 20, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 20th day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed.